IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*(Electronically Filed)*

| | |
|---|---|
| VICTORIA LIVINGOOD | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| WALMART, INC. | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF REMOVAL

\*\*\* \*\*\* \*\*\*

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Walmart, Inc. ("Defendant"), by counsel, hereby files this notice to remove an action pending against it in Bourbon Circuit Court to the United States District Court for the Eastern District of Kentucky, Lexington Division. In support of this removal, Defendant states as follows:

### I.    Background and Facts

1. Plaintiff, Victoria Livingood ("Plaintiff"), filed this action on November 16, 2023, in Bourbon Circuit Court, designated *Victoria Livingood v. Walmart, Inc.,* Civil Case No. 23-CI-00243 *("*State Court Action"). A copy of the Complaint in the State Court Action ("Complaint"), along with the summons, is attached as Exhibit A. The Complaint was the initial pleading setting forth the claim for relief upon which this civil action is based, and no other proceedings have occurred in the State Court Action. Service of the Summons and Complaint were made on Defendant's agent of service on November 27, 2023.

FP 48953020.1

2. In the State Court Action, Plaintiff alleges that Defendant discriminated against her based on her disability and failed to accommodate her disability in violation of the Kentucky Civil Rights Act, KRS § 344.040.

## II.   Basis for Removal

### Diversity Jurisdiction

3. This Court has jurisdiction over the matter of this case pursuant to 28 U.S.C. § 1332(a)(i) because federal courts have original jurisdiction over all civil actions in which the action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interests and costs.

4. This action is, in fact, between citizens of different states.

5. Plaintiff alleges in her Complaint that she is a citizen of Bourbon County, Kentucky. (Complaint, ¶1).

6. Defendant is a citizen of Delaware and Arkansas. A corporation's citizenship for the purposes of diversity jurisdiction is determined by its place of incorporation and its principal place of business. *Vaughn v. Holiday Inn Cleveland Coliseum*, 56 F. App'x 249, 250 (6th Cir. 2003). Defendant's place of incorporate is the State of Delaware. A corporation's principal place of business is "the place where the corporation's high level officers direct, control and coordinate the corporation's activities." *Hertz Corp. v. Friend*, 559 U.S. 77, 80-81 (2010). This is typically found at the corporation's headquarters. *Id.* As such, Defendant's principal place of business is located in the state of Arkansas where its corporate headquarters are located at 702 SW 8th Street, Bentonville, AR 72716.

7. Plaintiff seeks damages in an unspecified amount for economic loss as well as for embarrassment, humiliation, costs, and attorney's fees. (*See* Complaint). Plaintiff also seeks "all legal as equitable relief allowed under the law." (*Id.*)

8. Based upon the types of damages that Plaintiff seeks, and upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000. Thus, this claim is removable to this Court under 28 U.S.C. § 1441(a).

## Venue

9. Venue is proper in this Court pursuant to 28 U.S.C. §§ 97 and 1441(a) because the United States District Court for the Eastern District of Kentucky, Lexington Division, is the federal judicial district embracing the Bourbon Circuit Court, the court in which the State Court Action was originally filed.

## Timely Filing

10. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days after November 27, 2023, the date on which Defendant first received service of the Complaint in the State Court Action.

## Procedural Requirements

11. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action are collectively attached to this Notice as Exhibit A.

12. Pursuant to 28 U.S.C. § 1446(d), Defendant has filed this Notice with this Court, has served a copy of this Notice upon counsel for Plaintiff, and will file a copy of this Notice with the Bourbon Circuit Court.

13. This Notice of Removal has been verified by Emily N. Litzinger, counsel for Defendant herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant removes this action from the Bourbon Circuit Court to the United States District Court for the Eastern District of Kentucky, Lexington Division.

Respectfully submitted,

*/s/ Emily N. Litzinger*
Emily N. Litzinger
Erin M. Shaughnessy
Fisher & Phillips LLP
220 West Main Street, Suite 1700
Louisville, Kentucky  40202
Phone:  (502) 561-3990
Fax:  (502) 561-3991
E-mail:  elitzinger@fisherphillips.com
           eshaughnessy@fisherphillips.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of December, 2023, I electronically filed the foregoing *Notice of Removal* with the clerk of the court by using the CM/ECF System, which arranges for electronic service to the following:

Edward E. Dove
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40507
Telephone: 859-252-0020
Facsimile:  859-258-9288
Email: eddove@windstream.net

Hanna L. Stettner, Esq.
103 Court Street
Cynthiana, KY 41031
Telephone: 859-234-6439
Facsimile: 859-234-5134
Email: stettnerhanna@gmail.com

*COUNSEL FOR PLAINTIFF*

                      */s/ Emily N. Litzinger*
                      COUNSEL FOR DEFENDANT

FP 48953020.1