# Exhibit A

**Wolters Kluwer**

CT Corporation
Service of Process Notification
11/27/2023
CT Log Number 545209140

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** Process Served in Kentucky

**FOR:** WALMART INC. (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: LIVINGOOD VICTORIA // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Bourbon County Circuit Court, KY<br>Case # 23CI00243 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 04/13/2023 |
| **PROCESS SERVED ON:** | C T Corporation System, Frankfort, KY |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 11/27/2023 postmarked on 11/20/2023 |
| **JURISDICTION SERVED:** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day of delivery |
| **ATTORNEY(S)/SENDER(S):** | Edward E. Dove<br>201 W. Short Street, Suite 300<br>Lexington, KY 40507<br>859-252-0020 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/27/2023, Expected Purge Date: 12/07/2023<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

CERTIFIED MAIL™

Trina Huston, Bourbon Circuit Clerk
310 Main Street
Paris, KY 40362-0749

Case Number: 23-CI-00243

USPS CERTIFIED MAIL

9236 0901 9403 8339 2108 26



quadient
FIRST-CLASS MAIL
IMI
$014.28
11/20/2023 ZIP 40601
043M31236114

Restricted Delivery
CT CORPORATION SYSTEM
306 W MAIN ST
SUITE 512
FRANKFORT, KY 40601

4060131840 C003

| AOC-E-105 Rev. 9-14 | Sum Code: CI | | Case #: 23-CI-00243 |
|---|---|---|---|
| Commonwealth of Kentucky Court of Justice   Courts.ky.gov | |  | Court: CIRCUIT |
| CR 4.02; Cr Official Form 1 | | | County: BOURBON |

## CIVIL SUMMONS

*Plaintiff,* **LIVINGOOD, VICTORIA VS. WALMART, INC.,** *Defendant*

TO:  **CT CORPORATION SYSTEM**
    **306 W MAIN ST**
    **SUITE 512**
    **FRANKFORT, KY 40601**

Memo: Related party is WALMART, INC.

The Commonwealth of Kentucky to Defendant:
**WALMART, INC.**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Ninie Huston*
Bourbon Circuit Clerk
Date: **11/16/2023**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____  Served By

_____  Title





**COMMONWEALTH OF KENTUCKY**
**BOURBON COUNTY CIRCUIT COURT**
**CIVIL BRANCH**
**_____ DIVISION**
**CASE NO. _____-**

**VICTORIA LIVINGOOD**                                                                **PLAINTIFF**

**V.**

**WALMART, INC.**                                                                           **DEFENDANT**

## COMPLAINT

Comes now the Plaintiff by and through her counsel and for her Complaint states as follows:

1) At all times relevant Plaintiff, Victoria Livingood is a resident of Bourbon County, Kentucky.

2) At all times relevant the Plaintiff was an employee of Walmart, Inc. as defined by KRS 344.030 (5).

3) The Plaintiff is a qualified individual with a disability as defined by KRS 344.030 (1).

4) The Defendant, Walmart, Inc. is an employer as defined by KRS 344.030 (2).

5) The Plaintiff's disability includes a severe lung disorder which affects her mobility.

6) The Plaintiff began her employment at Defendant's Walmart, Inc. location in Paris, Kentucky on July 6, 2020.

7) The Plaintiff was assigned various positions at the Paris location.

8) The Plaintiff required an accommodation of a stool to allow her to sit down to perform her work function.

9) The Defendant repeatedly failed to provide the Plaintiff an appropriate stool to allow her to perform work functions.

10) The Plaintiff repeatedly would complain to management that she needed a more appropriate stool to allow her to work.

11) At one point, the Defendant's Paris store manager Melissa Lightner told the Plaintiff that if she had been aware that the Plaintiff needed a walker she would not have hired her.



12) The Plaintiff's last assigned work station at the Defendant's Paris store was the Self-Check out area.

13) The Plaintiff again was not provided an appropriate stool to allow her to sit down during her work period.

14) On or about April 13, 2023, the Plaintiff was terminated for allegedly violating the Defendant's lunch policy.

15) The Plaintiff's termination was due to her disability.

### COUNT I
### KRS 344.040 (1)

16) The Plaintiff incorporates paragraphs 1–17 by reference.

17) The Plaintiff is a qualified individual with a disability as defined by KRS 344.030 (1).

18) The KRS 344.040 (1) prohibits discrimination in the terms and conditions of employment due to a disability.

19) The Plaintiff was in need and requested an accommodation in order to perform her job duties.

20) The Defendant failed to accommodate the Plaintiff's reasonable request for an appropriate stool to allow her to perform her job duties.

21) The Plaintiff was terminated on or about April 13, 2023 due to her disability.

22) As a result of her termination, the Plaintiff has suffered economic loss, embarrassment and humiliation which demands compensation.

WHEREFORE, the Plaintiff prays:

1) The Court assume jurisdiction over her Complaint pursuant to KRS 344.450.

2) The Court find that the Defendant discriminated against in the terms and conditions of her employment due to her disability.

3) The Court find the Defendant violated KRS 344.040 (1).

4) The Court award the Plaintiff damages for economic loss as well as award the Plaintiff damages for embarrassment and humiliation.

5)     The Court award the Plaintiff reasonable attorney fees pursuant to KRS 344.450.

6)     The Court summons a jury to address all issues raised by the Plaintiff.

7)     The Court award the Plaintiff any and all legal as equitable relief allowed under the law.

Respectfully submitted,

/s/ *Edward E. Dove*
Edward E. Dove
201 W. Short Street
Suite 300
Lexington, KY 40507
859-252-0020 Phone
859-258-9288 Fax
eddove@windstream.net

/s/ *Hanna L. Stettner*
Hanna L. Stettner, Esq.
103 Court Street
Cynthiana, KY 41031
859-234-6439 Phone
859-234-5134 Fax
stettnerhanna@gmail.com
*Attorneys for Plaintiff*