IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*(Electronically Filed)*

| | |
|---|---|
| VICTORIA LIVINGOOD, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| WALMART, INC., | ) |
| Defendant. | ) |

## **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

***** ***** *****

Defendant, Walmart Inc. ("Defendant") by counsel, hereby submits this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1. Walmart Inc. is a duly organized corporation under the laws of the State of Delaware, with its principal place of business in Bentonville, Arkansas.

2. Walmart Inc.'s stock is publicly traded on the New York Stock Exchange under NYSE ticker WMT.

3. There is no other publicly traded corporation that owns more than 10 percent of Walmart's stock.

4. There are no additional individuals or entities whose citizenship are attributed to Walmart.

FP 48953024.1

Respectfully submitted,

*/s/ Emily N. Litzinger*
Emily N. Litzinger
Erin M. Shaughnessy
Fisher & Phillips LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Phone: (502) 561-3990
Fax: (502) 561-3991
E-mail: elitzinger@fisherphillips.com
eshaughnessy@fisherphillips.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December 2023, I electronically filed the foregoing ***Defendant's Rule 7.1 Corporate Disclosure Statement*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Edward E. Dove
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40507
Telephone: 859-252-0020
Facsimile: 859-258-9288
Email: eddove@windstream.net

Hanna L. Stettner, Esq.
103 Court Street
Cynthiana, KY 41031
Telephone: 859-234-6439
Facsimile: 859-234-5134
Email: stettnerhanna@gmail.com

COUNSEL FOR PLAINTIFF

*/s/ Emily N. Litzinger*
COUNSEL FOR DEFENDANT