IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*(Electronically Filed)*

| | |
|---|---|
| VICTORIA LIVINGOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:23-342-DCR |
| | ) |
| WAL-MART, INC., | ) |
| | ) |
| Defendant. | ) |

## REPORT OF RULE 26(f) PLANNING MEETING

\*\*\* \*\*\* \*\*\*

Plaintiff being represented by Edward Dove and Defendant being represented by Emily N. Litzinger and Erin M. Shaughnessy, counsel conferred on January 12, 2024, for the purpose of formulating a proposed discovery plan for consideration by the Court. The following are dates upon which counsel have agreed.

1.    **Brief Description of Facts and Issues.**  Plaintiff alleges disability discrimination in violation of the Kentucky Civil Rights Act KRS § 344 *et seq.*, claiming Defendant failed to accommodate her reasonable request for an appropriate stool which would have allowed her to perform her job duties and terminated her employment based upon her disability. Defendant denies any unlawful conduct and affirmatively states that it fulfilled its legal obligation to Plaintiff accommodating her requests on numerous occasions.

2.    **Initial Disclosures.**  The Parties have exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3.    **Discovery Plan.**  The parties jointly propose to the Court the following discovery

FP 49266723.1

plan:

        a.      Discovery will be needed on these subjects:

             i.      Plaintiff's allegations as alleged in the Complaint.

           ii.      Defendant's denials and affirmative defenses to Plaintiff's allegations; and

           iii.      The extent, nature, severity and amount of Plaintiff's damages, if any, and Plaintiff's efforts to mitigate her damages.

        b.      All fact discovery commenced in time shall be completed by November 15, 2024.  All expert discovery commenced in time shall be completed by November 15, 2024.

        c.      The Plaintiff shall disclose the identity of any testifying expert witness, including the disclosure of the report of the expert(s) by September 13, 2024. The Defendant shall disclose the identity of any testifying expert witness, including the disclosure of the report of the expert(s) by October 15, 2024. Any party filing a rebuttal expert witness report shall do so by November 15, 2024.

        d.      Supplementations under Rule 26(e) due no later than thirty (30) days after the party becomes aware of the need for supplementation.  Final supplementation shall be completed sixty (60) days before trial.

        e.      The parties advise that they intend to confer on all prospective discovery disputes, bringing any unresolved issues first to the Magistrate Judge by way of telephonic conference, and that neither party will file a discovery motion without first seeking guidance from the Magistrate Judge in this manner.

    **4.**    **Other Items:**

a.      The parties do not anticipate needing to meet with the Court before a Scheduling Order.

b.      The parties will follow the Federal Rules of Civil Procedure with respect to discovery requests and depositions.

c.      The parties may enter into a confidentiality agreement or move the Court for a protective order, in order to protect the confidential information regarding Defendant's customers, current or former, or employee information, Defendant's confidential, proprietary information or Plaintiff's medical or financial information that may be disclosed during the course of discovery proceedings in this case.

d.      The parties state that this matter will be ready for a final pretrial conference with the Court thirty days before trial.

e.      The parties shall have until March 15, 2024, to join additional parties and amend the pleadings.

f.      The final date to file dispositive motions shall be January 15, 2025.

g.      The possibility of settlement cannot be evaluated at this time.  The parties, however, are open to a court-ordered mediation/settlement conference for the purposes of resolving this case in advance of the discovery deadline.

h.      The parties propose that the final date for submission of Rule 26(a)(3) witness lists, designation of witnesses whose testimony will be presented by deposition, and exhibit lists be filed no later than fourteen (14) days before the final pretrial conference.

i.      The parties propose that any objections filed under Rule 26(a)(3) will be filed no later than seven (7) days before the final pretrial conference.

**5.**    The parties do not consent to this action being referred to a full-time United States Magistrate Judge for trial, pursuant to 28 U.S.C. 636(c).

**6.    Jury Trial Request**: The parties request a jury trial. The parties believe the case should be ready for trial by May 2025 and anticipate that the trial should last four (4) days.

For Plaintiff:

*/s/ Edward E. Dove* (w/ permission)
Edward E. Dove
201 W. Short Street
Suite 300
Lexington, KY 40507
eddove@windstream.net

For Defendant:

/s/ *Erin M. Shaughnessy*
Emily N. Litzinger
Erin M. Shaughnessy
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Telephone: (502) 561-3963
Facsimile: (502) 561-3963
elitzinger@fisherphillips.com
eshaughnessy@fisherphillips.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, I electronically filed the foregoing *Report of Rule 26(f) Planning Meeting* with the Clerk of the Court and made available for viewing and downloading from the Court's electronic filing system, with a copy served upon the following counsel via electronic mail:

Edward E. Dove
201 W. Short Street
Suite 300
Lexington, KY 40507
eddove@windstream.net

Hanna L. Stettner
103 Court Street
Cynthiana, KY 41031
stettnerhanna@gmail.com

/s/ *Erin M. Shaughnessy*
Erin M. Shaughnessy