IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*(Electronically Filed)*

| | |
|---|---|
| VICTORIA LIVINGOOD, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:23-cv-00342-DCR-MAS |
| WALMART, INC. | ) |
| Defendant. | ) |

**JOINT STATUS REPORT TO THE COURT**

Pursuant to the Court's Order entered January 29, 2024 (DN 7), Plaintiff, Victoria Livingood and Defendant, Walmart, Inc., submit the following Joint Status Report.

Plaintiff is currently working on responding to Defendant's discovery deficiency letter and the Second Set of Interrogatories and Request for Production of Documents. Defendant requested a response on May 1, 2024. To date, Plaintiff has not yet supplemented her discovery responses. Plaintiff has requested a witness deposition and Defendant is working to coordinate this request with counsel.

At this time, the parties believe the current scheduling order in place is sufficient and no dates need to be changed.

FP 50736989.1

Respectfully submitted this 3rd of June 2024:

<div style="columns:2">

*/s/Edward E. Dove (with permission)*
Edward E. Dove
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40507
Telephone: 859-252-0020
Facsimile:  859-258-9288
Email: eddove@windstream.net

*/s/Hanna L. Stettner (with permission)*
Hanna L. Stettner, Esq.
103 Court Street
Cynthiana, KY 41031
Telephone: 859-234-6439
Facsimile: 859-234-5134
Email: stettnerhanna@gmail.com

COUNSEL FOR PLAINTIFF

*/s/ Erin M. Shaughnessy*
Emily N. Litzinger
Erin M. Shaughnessy
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Phone:  (502) 561-3990
Fax:  (502) 561-3990
E-mail:  elitzinger@fisherphillips.com
          eshaughnessy@fisherphillips.com

COUNSEL FOR DEFENDANT

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ***Joint Status Report to the Court*** was electronically filed with the Clerk of Court using the CM/ECF system and served, via the Court's electronic filing system, upon the following counsel of record on this 3rd day of June 2024:

Edward E. Dove
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40507
Telephone: 859-252-0020
Facsimile: 859-258-9288
Email: eddove@windstream.net

Hanna L. Stettner, Esq.
103 Court Street
Cynthiana, KY 41031
Telephone: 859-234-6439
Facsimile: 859-234-5134
Email: stettnerhanna@gmail.com

COUNSEL FOR PLAINTIFF

/s/ Erin M. Shaughnessy
COUNSEL FOR DEFENDANT

FP 50736989.1