IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*(Electronically Filed)*

| | | |
|---|---|---|
| VICTORIA LIVINGOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:23-cv-00342-DCR-MAS |
| | ) | |
| WALMART, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT TO THE COURT

Pursuant to the Court's Order entered January 29, 2024 (DN 7), Plaintiff, Victoria Livingood and Defendant, Walmart, Inc., submit the following Joint Status Report.

Plaintiff is currently working on responding to Defendant's Second Set of Interrogatories and Request for Production of Documents, which Defendant re-sent to Plaintiff's counsel on August 29, 2024 upon request. Furthermore, on September 9, 2024, Defendant inquired whether Plaintiff was interested in pursuing an amicable resolution to the matter and requested a settlement demand from Plaintiff. Plaintiff has not responded to this demand.

At this time, the parties believe the current scheduling order in place is sufficient and no dates need to be changed.

Respectfully submitted this 7th of October 2024:

| | |
|---|---|
| */s/Edward E. Dove (with permission)* <br> Edward E. Dove <br> 2424 Harrodsburg Road, Suite 205 <br> Lexington, Kentucky 40507 <br> Telephone: 859-252-0020 <br> Facsimile: 859-258-9288 <br> Email: eddove@windstream.net <br><br> */s/Hanna L. Stettner (with permission)* <br> Hanna L. Stettner, Esq. <br> 103 Court Street <br> Cynthiana, KY 41031 <br> Telephone: 859-234-6439 <br> Facsimile: 859-234-5134 <br> Email: stettnerhanna@gmail.com <br><br> COUNSEL FOR PLAINTIFF | */s/ Erin M. Shaughnessy* <br> Emily N. Litzinger <br> Erin M. Shaughnessy <br> FISHER & PHILLIPS LLP <br> 220 West Main Street, Suite 1700 <br> Louisville, Kentucky 40202 <br> Phone: (502) 561-3990 <br> Fax: (502) 561-3990 <br> E-mail: elitzinger@fisherphillips.com <br> eshaughnessy@fisherphillips.com <br><br> COUNSEL FOR DEFENDANT |

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing ***Joint Status Report to the Court*** was electronically filed with the Clerk of Court using the CM/ECF system and served, via the Court's electronic filing system, upon the following counsel of record on this 7th day of October 2024:

Edward E. Dove
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40507
Telephone: 859-252-0020
Facsimile: 859-258-9288
Email: eddove@windstream.net

Hanna L. Stettner, Esq.
103 Court Street
Cynthiana, KY 41031
Telephone: 859-234-6439
Facsimile: 859-234-5134
Email: stettnerhanna@gmail.com

COUNSEL FOR PLAINTIFF

                */s/ Erin M. Shaughnessy*
                COUNSEL FOR DEFENDANT