IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
*(Electronically Filed)*

| | | |
|---|---|---|
| VICTORIA LIVINGOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:23-cv-00342-DCR-MAS |
| | ) | |
| WALMART, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT TO THE COURT

Pursuant to the Court's Order entered January 29, 2024 (DN 7), Plaintiff, Victoria Livingood and Defendant, Walmart, Inc., submit the following Joint Status Report.

Plaintiff is currently working on responding to Defendant's Second Set of Interrogatories and Request for Production of Documents, which Defendant re-sent to Plaintiff's counsel on August 29, 2024 upon request. To date, Defendant has not received a complete response to these requests.

Furthermore, the parties have endeavored to engage in informal settlement negotiations but have been unable to come to a resolution.

The parties have agreed to a deposition date of November 12, 2024 for Melissa Lightner. The Plaintiff has propounded discovery to Defendant on November 1, 2024. The Plaintiff believes the Defendant's Second Set of Interrogatories were answered during the Plaintiff's deposition. However, the Plaintiff will provide answers to the Defendant's Second Set of Interrogatories no later than November 11, 2024. At this time, the parties believe the current scheduling order in place is sufficient and no dates need to be changed.

FP 52750386.1
FP 52750386.2

Respectfully submitted this 4th of November 2024:

/s/Edward E. Dove (with permission)
Edward E. Dove
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40507
Telephone: 859-252-0020
Facsimile:  859-258-9288
Email: eddove@windstream.net

/s/Hanna L. Stettner (with permission)
Hanna L. Stettner, Esq.
103 Court Street
Cynthiana, KY 41031
Telephone: 859-234-6439
Facsimile: 859-234-5134
Email: stettnerhanna@gmail.com

COUNSEL FOR PLAINTIFF

/s/ Erin M. Shaughnessy
Emily N. Litzinger
Erin M. Shaughnessy
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Phone:  (502) 561-3990
Fax:  (502) 561-3990
E-mail:  elitzinger@fisherphillips.com
         eshaughnessy@fisherphillips.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ***Joint Status Report to the Court*** was electronically filed with the Clerk of Court using the CM/ECF system and served, via the Court's electronic filing system, upon the following counsel of record on this 4th day of November 2024:

Edward E. Dove
2424 Harrodsburg Road, Suite 205
Lexington, Kentucky 40507
Telephone: 859-252-0020
Facsimile:  859-258-9288
Email: eddove@windstream.net

Hanna L. Stettner, Esq.
103 Court Street
Cynthiana, KY 41031
Telephone: 859-234-6439
Facsimile: 859-234-5134
Email: stettnerhanna@gmail.com

COUNSEL FOR PLAINTIFF

/s/ Erin M. Shaughnessy
COUNSEL FOR DEFENDANT