**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**
**CASE NO. 5:23-cv-0342-DCR**

**VICTORIA LIVINGOOD**                                                                                      **PLAINTIFF**

**V.**                                              <u>**NOTICE OF DEPOSITION**</u>

**WALMART, INC.**                                                                                            **DEFENDANT**

Comes the Plaintiff, by and through counsel, and pursuant to FRCP 30 *et seq*. gives Notice of the Deposition of **Melissa Lightner on Tuesday, November 12, 2024 at the hour of 10:00 a.m..** The deposition will take place at the law offices of **Edward E. Dove, 201 W. Short Street, Suite 300, Lexington, Kentucky** and will continue day to day until completed. Said deposition is for trial purposes and all other purposes allowed under the Civil Rules.

                              Respectfully submitted,

                              <u>*/s/Edward E. Dove*</u>
                              EDWARD E. DOVE
                              201 W. Short Street
                              Suite 300
                              Lexington, KY 40507
                              859-252-0020
                              eddove@windstream.net

                              and

                              Hanna L. Stettner
                              103 Court Street
                              Cynthiana, KY 41031
                              stetnerhanna@gmail.com

                              *Attorneys for Plaintiff*

**Certificate of Service**

      This certifies that a true copy of the foregoing has been served upon the following on this the 6th day of November, 2024:

Hon. Emily Litzinger
Hon. Erin Shaughnessy
FISHER & PHILLIPS
220 W. Main Street, Suite 1700
Lousivlle, KY 40202
elitzinger@fisherphillips.com
eshaughnessy@fisherphillips.com

                                      */s/Edward E. Dove*
                                      EDAWRD E. DOVE